## 36607. TOP NOTCH, INC. et al. v. AUGUSTA PROPERTIES LTD.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 22, 1980 — DECIDED OCTOBER 2, 1980.

*Kenneth R. Chance, Ben Swain McElmurray, Jr.,* for appellants. *Patrick J. Rice, David B. Bell,* for appellee.